IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE  
JARED NOAH KLEIN  :  4:24-MC-735

## ORDER

SEPTEMBER 11, 2024

**WHEREAS**, on August 19, 2024 the Supreme Court of Pennsylvania ordered that Jared Noah Klein be disbarred on consent from the practice of law;

**IT IS HEREBY ORDERED**, pursuant to Middle District of Pennsylvania Local Rule 83.21.2, that Jared Noah Klein inform the Court within thirty (30) days of the date of this Order of any claim he wishes to present that the imposition of identical discipline by this court would be unwarranted; and

**IT IS ALSO ORDERED** that the Clerk of Court forward by registered or certified mail both a copy of this Order and a copy of the August 19, 2024 Order of the Supreme Court of Pennsylvania to Jared Noah Klein at the address he most recently registered with the Clerk.

BY THE COURT:

*s/ Matthew W. Brann*  
Matthew W. Brann  
Chief United States District Judge